

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROSE RAY                 *

                      *

       v.              *     Civil No. JFM-01-2994

                      *

CITIFINANCIAL, INC.        *

                    *****

ORDER

Plaintiff having filed an amended complaint mooting the issues raised by defendant's

motion to compel arbitration and dismiss and defendant having filed an answer to the amended

complaint, it is, this 7th day of December 2001

ORDERED that defendant's motion to compel arbitration and dismiss complaint is

denied as moot.

 

J. Frederick Motz
United States District Judge