IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rose Ray,  *

    Plaintiff,

v.  *  Civil No. JFM-01-2994

     *

CitiFinancial, Inc.

     *

    Defendant.  *

## STIPULATION OF DISMISSAL

The parties, by their attorneys, hereby stipulate that the captioned case shall be dismissed with prejudice.

Respectfully submitted,

_Scott C. Borison_ /by permission ehr    _E. Hutchinson Robbins, Jr._
Scott C. Borison   #22576              E. Hutchinson Robbins, Jr.   #11927
Richard C. Wills   #08656              Miles & Stockbridge, P.C.
Legg Law Firm, LLC.                    10 Light St.
5500 Buckeystown Pike                  Baltimore MD 21202-1487
Frederick MD 21703                     (410) 727-6464
(301) 620-1016                         Attorneys for Defendant
Attorneys for Plaintiff

BALT01:487096v1|795-000117|01\17\02